UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL D. ROGERS, | No. 2:15-cv-0123 KJN P |
| Plaintiff, | |
| v. | ORDER |
| WARDEN DUFFY, | |
| Defendant. | |

Plaintiff is a state prisoner proceeding without counsel. By order filed January 21, 2015, plaintiff was granted thirty days in which to file a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. On January 29, 2015, and February 6, 2015, plaintiff filed responses claiming that he believed the prison trust account office sent the certified trust account statement to the Northern District. (ECF Nos. 11, 12.) However, the court has checked the records for the Northern District through CM/ECF, and the only case of record for plaintiff was terminated on December 16, 2013, and no trust account statement was recently filed therein. (Case No. 3:13-cv-2567.) Therefore, plaintiff will be provided an extension of time to submit the certified copy of his prison trust account statement to this court.

Accordingly, IT IS HEREBY ORDERED that plaintiff is granted thirty days from the date of this order to file a certified copy of his prison trust account statement for the six month period

1 | immediately preceding the filing of the complaint.  Plaintiff's failure to comply with this order
2 | will result in a recommendation that this action be dismissed without prejudice.
3 | Dated: February 11, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/roge0123.36

2