UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL D. ROGERS, | No. 2:15-cv-0123 KJN P |
| Plaintiff, | |
| v. | ORDER |
| WARDEN DUFFY, | |
| Defendant. | |

Plaintiff consented to proceed before the undersigned for all purposes. See 28 U.S.C. § 636(c). By an order filed March 18, 2015, plaintiff was granted an additional thirty days in which to file a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. Plaintiff was cautioned that failure to comply with the order would result in the dismissal of this action. Thirty days have now passed, and plaintiff has not responded to the court's order and has not filed the certified trust account statement. Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

Dated: April 28, 2015

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/roge0123.ffp

1